1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                         EASTERN DISTRICT OF CALIFORNIA

9

SHAULTON J. MITCHELL,

10                                              1:08-cv-316 AWI-TAG (HC)

                Petitioner,

11

    v.                                          ORDER REQUIRING PETITIONER TO
12                                              INFORM THE COURT WHETHER HE WILL
MIKE VANS,                                      CONSENT TO JURISDICTION
13                                              OF THE MAGISTRATE JUDGE

                Respondent.
14 _____/

15         Petitioner is a state prisoner proceeding pro se with a habeas corpus action pursuant to 28 U.S.C.

16 § 2254.  On March 3, 2008, the Clerk of the Court mailed a consent/decline form to petitioner, with

17 information and instructions for informing the Court whether he would consent to Magistrate Judge

18 jurisdiction.   Petitioner has not returned the consent/decline form.

19         Accordingly, petitioner is ORDERED to tell the Court whether he will consent to Magistrate

20 Judge Jurisdiction. Petitioner must complete and return the consent/decline form within thirty (30) days.

21 Failure to follow this order will result in a recommendation that this action be dismissed pursuant to

22 Local Rule 11-110.

23         The Clerk of the Court is DIRECTED to send to petitioner another copy of the consent/decline

24 form and the instructions for consent to Magistrate Judge jurisdiction.

25

IT IS SO ORDERED.

26

Dated:   **July 17, 2008**                              **/s/ Theresa A. Goldner**
27                                              UNITED STATES MAGISTRATE JUDGE

28