# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHAULTON J. MITCHELL, | ) | 1:08-cv-00316 AWI-TAG (HC) |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 20) |
| | ) | |
| v. | ) | ORDER GRANTING PETITIONER'S MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS (Doc. 19) |
| MIKE VANS, | ) | |
| | ) | ORDER DENYING AS MOOT RESPONDENT'S MOTION TO DISMISS (Doc. 12) |
| Respondent. | ) | |
| | ) | ORDER DISMISSING FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS (Doc. 7) |
| | | |
| | | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 5, 2008, the Magistrate Judge assigned to the case filed Findings and Recommendations recommending that Petitioner's motion to voluntarily dismiss his petition be granted and that Respondent's motion to dismiss the petition for lack of exhaustion and lack of cognizable claims be denied as moot. (Doc. 20). The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fifteen days from the date of service of that order, i.e., no later than November 24, 2008. To date, the parties have not filed timely objections to the Findings and Recommendations.

///

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

## ORDER

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed November 5, 2008 (Doc. 20), are ADOPTED IN FULL;
2. Petitioner's Voluntary Motion to Dismiss (Doc. 19), is GRANTED;
3. Respondent's Motion to Dismiss (Doc. 12), is DENIED as MOOT;
4. The amended petition for writ of habeas corpus (Doc. 7), is DISMISSED without prejudice; and
5. This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:　　March 11, 2009**　　　　　　　　　　　／s／ **Anthony W. Ishii**
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE